IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRAZIER TODD, JR.**  PETITIONER
*Reg #02126-061*

v.   CASE NO. 2:24-CV-00056-BSM

**GARRETT, Warden,**
**FCC-Forrest City Low**   RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 9] is adopted. Garrett's motion to dismiss for lack of subject matter jurisdiction [Doc. No. 7] is granted and Frazier Todd, Jr.'s section 2241 petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE