IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRAZIER TODD, JR.**                                                                         **PETITIONER**
*Reg #02126-061*

v.                              CASE NO. 2:24-CV-00056-BSM

**GARRETT, Warden,**
**FCC-Forrest City Low**                                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE